CHRISTIAN DIOR COUTURE, S.A v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 22-cv-5486

# Schedule A

| | Defendant Online Marketplaces | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | aliexpress.com/store/1101701793 | 0000000Rings Store |
| 2 | aliexpress.com/store/1101791508 | 100% Silver 925 Store |
| 3 | aliexpress.com/store/1101546870 | 98.6% Store |
| 4 | aliexpress.com/store/1101387278 | AOTOLK Factory Store |
| 5 | aliexpress.com/store/1102023010 | beautiful star shoes Store |
| 6 | aliexpress.com/store/1101097940 | Beauty Legenstar |
| 7 | aliexpress.com/store/1101420123 | cauuev Real Pearls Jewellery Store |
| 8 | aliexpress.com/store/1101475593 | CHNTENSHO Store |
| 9 | aliexpress.com/store/1101474895 | Colorful Days Store |
| 10 | aliexpress.com/store/1101834397 | Conception Store |
| 11 | aliexpress.com/store/1101191476 | DAMILA Store |
| 12 | aliexpress.com/store/1102021037 | Dora Jewelry Store |
| 13 | aliexpress.com/store/1102128127 | Eun Ho Jewelry Store |
| 14 | aliexpress.com/store/1101872515 | FANRU Piercing Store |
| 15 | aliexpress.com/store/1101558819 | Farraw Store |
| 16 | aliexpress.com/store/1101379392 | Favourable Life Store |
| 17 | aliexpress.com/store/1101697979 | H&Z Ornaments Store |
| 18 | aliexpress.com/store/1102023510 | Hangzhou Cadika Store |
| 19 | aliexpress.com/store/1102203090 | Happiness Two Store |
| 20 | aliexpress.com/store/1102024168 | Hello Jewelry Store |
| 21 | aliexpress.com/store/1102049976 | INS Ornaments Store |
| 22 | aliexpress.com/store/1102109699 | JiuZhou Jewelry Store |
| 23 | aliexpress.com/store/1101768455 | JPT XM Store |
| 24 | aliexpress.com/store/1102031289 | OK Morning Store |
| 25 | aliexpress.com/store/1101856281 | Orange Anime Store |
| 26 | aliexpress.com/store/1102199002 | Poloma Store |
| 27 | aliexpress.com/store/1101833385 | Sally-8222 Store |
| 28 | aliexpress.com/store/1101243510 | SetSets Store |
| 29 | aliexpress.com/store/1100474893 | Shop109367 Store |
| 30 | aliexpress.com/store/1102014999 | Shop1100223150 Store |
| 31 | aliexpress.com/store/1102019852 | Shop1100235048 Store |
| 32 | aliexpress.com/store/1102076263 | Shop1102082254 Store |
| 33 | aliexpress.com/store/1102088433 | Shop1102088432 Store |
| 34 | aliexpress.com/store/1102162069 | Shop1102161045 Store |

| | | |
|---|---|---|
| 35 | aliexpress.com/store/1102209012 | Shop1102201357 Store |
| 36 | aliexpress.com/store/1101415476 | Shop3998039 Store |
| 37 | aliexpress.com/store/1101444553 | Shop5091012 Store |
| 38 | aliexpress.com/store/1101519204 | Shop910361333 Store |
| 39 | aliexpress.com/store/1101912696 | SIFT Store |
| 40 | aliexpress.com/store/1100451167 | TEESMT Women's Clothes Store |
| 41 | aliexpress.com/store/1102043688 | thickfika Official Store |
| 42 | aliexpress.com/store/1101777920 | TP shoe Store |
| 43 | aliexpress.com/store/1101171744 | Tribro Jewel Store |
| 44 | aliexpress.com/store/1102016099 | xianmo preferred Store |
| 45 | aliexpress.com/store/1101820987 | YD 2021 Store |
| 46 | aliexpress.com/store/1102140238 | ZELI Store |
| 47 | amazon.com/sp?seller=A1FR8JNC26MJGR | A1FR8JNC26MJGR |
| 48 | amazon.com/sp?seller=A1FYKB0TLPDQ9W | A1FYKB0TLPDQ9W |
| 49 | amazon.com/sp?seller=A2AP8TNX5WJKZH | A2AP8TNX5WJKZH |
| 50 | amazon.com/sp?seller=A2ILNA8J9C4RET | A2ILNA8J9C4RET |
| 51 | amazon.com/sp?seller=A345WSGMEYJ0O0 | A345WSGMEYJ0O0 |
| 52 | amazon.com/sp?seller=A384EVLH58E5OY | A384EVLH58E5OY |
| 53 | amazon.com/sp?seller=A3A2OHT8CD939U | A3A2OHT8CD939U |
| 54 | amazon.com/sp?seller=ABAQWZPVHTG5S | ABAQWZPVHTG5S |
| 55 | amazon.com/sp?seller=AUGRLYMRSIU07 | Abelards |
| 56 | amazon.com/sp?seller=A1Z9AEPBQ3M8VG | ALCSM-US |
| 57 | amazon.com/sp?seller=A27WU92MXZ7Q8V | AMAZ-Smart |
| 58 | amazon.com/sp?seller=A30NC1AD1W1XE6 | Andysy |
| 59 | amazon.com/sp?seller=AV5441UULIPFH | AV5441UULIPFH |
| 60 | amazon.com/sp?seller=A2NNZGZK32DC1D | avedi |
| 61 | amazon.com/sp?seller=A2CPFBT6GZ2DYM | Bnesi |
| 62 | amazon.com/sp?seller=A2V6UD5FY2N4OF | buerry |
| 63 | amazon.com/sp?seller=A2CRBXEVSEPJ4Y | ChengGuanQuYanMeiYiFuShiDian |
| 64 | amazon.com/sp?seller=A2R8VIACJYQRXP | chiqianshangmao |
| 65 | amazon.com/sp?seller=A16IXR0TRCPSEU | CHRIDIOR-YX |
| 66 | amazon.com/sp?seller=A23W9PRLKZM6OC | Cocobunet |
| 67 | amazon.com/sp?seller=A1VE8XK3CJMWJK | CooFeng |
| 68 | amazon.com/sp?seller=A3S15ITRAP9GEM | DaFu SupM |
| 69 | amazon.com/sp?seller=A2Z3ZJDARCTVK7 | Danzhouchenpengpengkejiyouxiangongsi |
| 70 | amazon.com/sp?seller=A39VMKHW2HMK47 | dehuaxianyuanqinsongwangluokejiyouxiangongsi |
| 71 | amazon.com/sp?seller=A77UYFLCDF669 | DliDli |
| 72 | amazon.com/sp?seller=AEUX8T3MXUYIV | EHSFH,DFN |
| 73 | amazon.com/sp?seller=AAVFX5WBFSRVF | ENQISHENGWU |
| 74 | amazon.com/sp?seller=A2R5ONMBM6Y7W | fengshandedian |
| 75 | amazon.com/sp?seller=A3SC58B6DU9QA8 | Fengyu Shop |
| 76 | amazon.com/sp?seller=AL9UV84SU26RN | FOMCRO |

| 77 | amazon.com/sp?seller=AT9R79VYV4JUN | gengchaodejingpinxiaodian |
|---|---|---|
| 78 | amazon.com/sp?seller=A2371PF5XF4IE0 | GualoveSky-US |
| 79 | amazon.com/sp?seller=A13K9HTH4XZ8UQ | guangzhouwangluyuiouy |
| 80 | amazon.com/sp?seller=A1U9YH5R0T4N2L | haidiwei |
| 81 | amazon.com/sp?seller=A38FY3SQVT1RZS | haikoulinchangwangluokejiyouxiangongsi |
| 82 | amazon.com/sp?seller=AGY3ASDD1E9BD | Handsomexie store |
| 83 | amazon.com/sp?seller=A1KYBIEWP0DJ6X | honghong13 |
| 84 | amazon.com/sp?seller=A2VO5DUHTQJLBQ | It will be a sunny day |
| 85 | amazon.com/sp?seller=A1IAXF9XMTGB4K | jia long us |
| 86 | amazon.com/sp?seller=AQXP958VJHMRY | jiajiaartshop |
| 87 | amazon.com/sp?seller=A3IN6U3Y2AUHF1 | JiaQi Bai |
| 88 | amazon.com/sp?seller=AI5PK2KGXIGFQ | jiasper |
| 89 | amazon.com/sp?seller=A2C8O30EFDNDGI | Jihong Shop |
| 90 | amazon.com/sp?seller=A3DSOZ022W9XNF | Jinmingshangmao |
| 91 | amazon.com/sp?seller=A320L29BMWYFK8 | jinshuiqudingzhoubaihuoshanghang |
| 92 | amazon.com/sp?seller=A3FDMIWOT5AZN2 | jiuxianartshop |
| 93 | amazon.com/sp?seller=A14MWC6ATT1E5M | kashahui |
| 94 | amazon.com/sp?seller=A2CQB9LHDBJ9S4 | KOWVOWZ |
| 95 | amazon.com/sp?seller=AF2D441L3XT8M | Lieseh |
| 96 | amazon.com/sp?seller=A1SSN2FS00KMHE | ligaowang |
| 97 | amazon.com/sp?seller=AELY159FQ1NZS | lin zu ming de xiao dian |
| 98 | amazon.com/sp?seller=A28D6OZYRGG8TD | LIU2 |
| 99 | amazon.com/sp?seller=A2PE1XXVWIJ2ZI | liubeiliang-store |
| 100 | amazon.com/sp?seller=A2KVTJ4TL1ATV8 | LONOTO Inc. |
| 101 | amazon.com/sp?seller=A3PI9D70G0P4IM | Lucky Bean Department Store |
| 102 | amazon.com/sp?seller=A2XAC0PGX5C339 | luojiebaihuo |
| 103 | amazon.com/sp?seller=A1PVEMKRJBUUZ4 | Lxy-Store |
| 104 | amazon.com/sp?seller=A13RP86A7SJEGM | MUYAO Decorations |
| 105 | amazon.com/sp?seller=A1KBR62PZ4UUB5 | Nikeeyyyy |
| 106 | amazon.com/sp?seller=A31VY7EAXK40QF | pan yue yu |
| 107 | amazon.com/sp?seller=A28FD73T3EVA79 | PANG Store |
| 108 | amazon.com/sp?seller=A3V6GCA3MKPOIU | Qian Xuan |
| 109 | amazon.com/sp?seller=A2FB3B0EDHR4CC | qiangzhili-store |
| 110 | amazon.com/sp?seller=AUWPSN0LQ9MP9 | qingyashangmaoyouxiangongsi |
| 111 | amazon.com/sp?seller=A17Q70JMB2SM8B | qingzhoutatamaoyiyouxiangongsi |
| 112 | amazon.com/sp?seller=A1AORU931AWFQQ | rutian |
| 113 | amazon.com/sp?seller=A294OZKVR4TJ5G | SDGDSGWETWEF |
| 114 | amazon.com/sp?seller=A2HDBCMIM77XA4 | shanxipanerliuleishangmaoyouxiangongsi |
| 115 | amazon.com/sp?seller=A19TLC323E1KVP | shanxiyuanyuanmaoyi |
| 116 | amazon.com/sp?seller=A1YP55SWYPK1FL | SHUOZHOUSHISHUOCHENGQULIYESHANGMAO |
| 117 | amazon.com/sp?seller=AZ62WDX0X4JPX | SKYISOK.WJJ |
| 118 | amazon.com/sp?seller=A3MITMHVBS455I | su nny-us |
| 119 | amazon.com/sp?seller=A3NB92D4TSC810 | suxiaoweibaihuo |

| | | |
|---|---|---|
| 120 | amazon.com/sp?seller=A265OSMY06ETZ | Suzhoufengqidianzishangwuyouxiangongsi |
| 121 | amazon.com/sp?seller=A2M5DIPDKF06VE | Sydance |
| 122 | amazon.com/sp?seller=A3UWAZJQODFI4L | US-MIA |
| 123 | amazon.com/sp?seller=AAW4T2IP0G188 | VCXVXCVSDGSDHG |
| 124 | amazon.com/sp?seller=ACGOOJE1SXVHU | wangcan123 |
| 125 | amazon.com/sp?seller=A2JIE63PUYW0X2 | Wanling Shop |
| 126 | amazon.com/sp?seller=A2HFN5LXIGCWTC | WISEM Trinket |
| 127 | amazon.com/sp?seller=AI5PX6ROKNCX9 | wuhaoyudemaoyouxiangongsi |
| 128 | amazon.com/sp?seller=A3C3LE16UKIMIH | xiaoc |
| 129 | amazon.com/sp?seller=ARBL8MNMN7PE9 | Xisen |
| 130 | amazon.com/sp?seller=A3EE2YJ45UKZ2 | XMTT |
| 131 | amazon.com/sp?seller=A1VSJFY7DHQGLB | yafan123 |
| 132 | amazon.com/sp?seller=A3LA556U1068NQ | YangKai M |
| 133 | amazon.com/sp?seller=AMP3T8Y3GJJFP | Yijiezhuanqianyidaba |
| 134 | amazon.com/sp?seller=ARX12TE110JF0 | yiwushikaiqiandianzishangwushanghang |
| 135 | amazon.com/sp?seller=A2OEMMZYPNLK93 | ytmg1 |
| 136 | amazon.com/sp?seller=A34AQMIKPLOFIP | yuniyouguan |
| 137 | amazon.com/sp?seller=A32ISARX5S4THB | YuYueYiDianZi |
| 138 | amazon.com/sp?seller=A3RX2CVMAB32QL | zchqiu |
| 139 | amazon.com/sp?seller=A1QLEM8WU8VTAE | zequandexiaodian |
| 140 | amazon.com/sp?seller=ABHNFNGN80O53 | zhengmingfeioiuung |
| 141 | amazon.com/sp?seller=AV9OAZGPVODRA | zhi mei-us |
| 142 | amazon.com/sp?seller=A1ARXJUDUCGJ7S | ZHISHENG-US |
| 143 | amazon.com/sp?seller=A1GAP62MYWMZPB | zhouxinbaihuodianoo |
| 144 | amazon.com/sp?seller=A9KFF2RX2R1HI | ZhuFengBai |
| 145 | amazon.com/sp?seller=A8YUBF7YY9HN | ZHXER |
| 146 | amazon.com/sp?seller=A2CG71WYCMGXIL | ZRD |
| 147 | dhgate.com/store/21697321 | Xianstore08 |
| 148 | ebay.com/usr/creator430 | creator430 |
| 149 | instagram.com/3905_hai/ | 3905_hai |
| 150 | instagram.com/hua.luxury/ | hua.luxury |
| 151 | instagram.com/hui_luxury/ | hui_luxury |
| 152 | instagram.com/jiaoli.li.1029/ | jiaoli.li.1029 |
| 153 | instagram.com/jiuhon1/ | jiuhon1 |
| 154 | instagram.com/jxpj168/ | jxpj168 |
| 155 | instagram.com/karry_semmens_749/?hl=en | karry_semmens_749 |
| 156 | instagram.com/linwenbo179/ | linwenbo179 |
| 157 | instagram.com/luxury_brandbag_shop/ | luxury_brandbag_shop |
| 158 | instagram.com/luxury_zeng/ | luxury_zeng |
| 159 | instagram.com/rep_guardian/ | rep_guardian |
| 160 | instagram.com/yang_shu_wem/ | yang_shu_wem |

| | | |
|---|---|---|
| 161 | instagram.com/yanzhu157/ | yanzhu157 |
| 162 | walmart.com/seller/101189623 | DAORIER |
| 163 | walmart.com/seller/101179629 | GUANG ZHOU HEI MO TU MAO YI YOU XIAN GONG SI |
| 164 | walmart.com/seller/101176265 | GUANG ZHOU SHI HONG MA MAO YI YOU XIAN GONG SI |
| 165 | walmart.com/seller/101175016 | GUANG ZHOU SHI NI SHUO SHA MAO YI YOU XIAN GONG SI |
| 166 | walmart.com/seller/101174960 | Micaloco |
| 167 | walmart.com/seller/101186718 | SHEFORER |
| 168 | walmart.com/seller/101179698 | shen zhen shi tu rui teng mao yi you xian gong si |
| 169 | walmart.com/seller/101174501 | shen zhen shi xiang qi shang mao you xian gong si |
| 170 | walmart.com/seller/101176055 | shenzhenshianlaikejiyouxiaogongsi |
| 171 | wish.com/merchant/5e8d2fcaadcdcc8770872df0 | Anthony A Chase |
| 172 | wish.com/merchant/5e8adef2eb545461d8c0444a | Barbara E McVay |
| 173 | wish.com/merchant/6164ca1abc94686edfa45087 | buzzfreak |
| 174 | wish.com/merchant/6169ba325542f5158e945563 | DemJawns Surf |
| 175 | wish.com/merchant/6159d08d71d48c6e1343fb3f | En estemundonoseria feliz |
| 176 | wish.com/merchant/5f8e652b7e959ba655a161f3 | fcdifjdoifv |
| 177 | wish.com/merchant/5b3891f4aecca22a9f438552 | Flower butterfly away from the war clothes |
| 178 | wish.com/merchant/60d8fa265056fd4752a94900 | Gareth_th |
| 179 | wish.com/merchant/61930725e76f409bc24b80c2 | GONDOL BLACK |
| 180 | wish.com/merchant/61f09e7280ac535643554ce8 | Gritec 9P |
| 181 | wish.com/merchant/6144b6a8e08ebd04df65a621 | Grossbow |
| 182 | wish.com/merchant/5fb9d31414a5d255861c2b01 | Haptiotnohns |
| 183 | wish.com/merchant/60d39540ce1d9e2ca834dc08 | Helen_st |
| 184 | wish.com/merchant/5f5f1822002f7c13769f334a | hujiyansd |
| 185 | wish.com/merchant/5e8d57de29e786330de4092a | Kathleen K McClain |
| 186 | wish.com/merchant/5f84071a511970db2e96ff2d | ksokcosdc |

| | | |
|---|---|---|
| 187 | wish.com/merchant/5e8d47e4be311808e126c171 | Larry J Banuelos |
| 188 | wish.com/merchant/5e8d762309eb7fae2001d5cc | Lee P Smith |
| 189 | wish.com/merchant/60dba5203a515a25e1c7978f | lover shoping |
| 190 | wish.com/merchant/5f5f4466c905bcef8a205b2c | panyuanyuanfd |
| 191 | wish.com/merchant/5e96edd329e78605c03c8d52 | Ruth D Christy |
| 192 | wish.com/merchant/60cff7d10d6b6c2452bf4e77 | Scooterwind |
| 193 | wish.com/merchant/60db3ff259677f7a5cdbbe6e | Shocking backpacks |
| 194 | wish.com/merchant/6197166311ac265fcafebf6b | songchunxiao6906 |
| 195 | wish.com/merchant/60d52d482ea23300440fa40b | Staceym |
| 196 | wish.com/merchant/6154f0f1d4560dec56f71430 | Sumerianrecord |
| 197 | wish.com/merchant/5f5eeeef6a356fe2090976e5 | sunlangsdf |
| 198 | wish.com/merchant/6155fb975bee428f3f0c7051 | the fluff |
| 199 | wish.com/merchant/5e8d770ad3eace2afb4c5184 | Tiffany A Hopper |
| 200 | wish.com/merchant/60d89a50408b5db06a325cf5 | Top Sale Adams |
| 201 | wish.com/merchant/6140fae4ee3a9e112aa0239d | XFocus |
| 202 | wish.com/merchant/61900955a4b693bdde3fcec3 | yellowgrey |
| 203 | wish.com/merchant/60652da47994350f30d400fc | yuanqinghua |
| 204 | wish.com/merchant/5f5dc638002f7cb6439f3552 | zengqingliands |
| 205 | wish.com/merchant/6180af160aec6d401ff70f7f | zhangziwei9743 |
| 206 | wish.com/merchant/606ac64ce52b1fd8f3d06a8e | zhaoningi879se |
| 207 | wish.com/merchant/616fc49da97635f5a410be12 | zhuantong32925 |
| 208 | 45botique.com | 45botique.com |
| 209 | lina1111.x.yupoo.com/?lang=en | lina1111.x.yupoo.com |
| 210 | qzone2518967574.x.yupoo.com/albums | qzone2518967574.x.yupoo.com |
| 211 | reattp.com | reattp.com |

6

| 212 | weimeiljl.x.yupoo.com | weimeiljl.x.yupoo.com |
|-----|------------------------|------------------------|
|     |                        |                        |
|     |                        |                        |
| **Defendant Domain Names** | | |
| No  | URL                    | Name / Seller Alias    |
| 213 | cheapdior.com          | cheapdior.com          |
| 214 | shelikeluxury.com      | shelikeluxury.com      |
| 215 | newtote2022.net        | newtote2022.net        |
| 216 | lvgucii.com            | lvgucii.com            |
| 217 | coolotx.com            | coolotx.com            |
| 218 | doitbed.com            | doitbed.com            |
| 219 | lonestarchaos.com      | lonestarchaos.com      |